**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CARDARRIO PATRICK**                                                           **PETITIONER**

**v.**                                                                           **No. 4:25-cv-166-RPC-RP**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**          **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On October 14, 2025, the plaintiff was directed to complete and submit several forms. Doc. [3]. The court cautioned the plaintiff that "failure to return one or the other of the forms within thirty (30) days will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this case being dismissed *sua sponte*, without prejudice, without further written notice." Doc. [3]. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 8th day of July, 2026.

_____
**UNITED STATES DISTRICT JUDGE**